

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 15, 2020

**BY EMAIL**
The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Jason Brown,*
        **20 Mag. 7305**

Dear Judge Davison,

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed.

SO ORDERED 7/15/20

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Benjamin A. Gianforti
Assistant United States Attorney
(914) 993-1919