# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
Executive Director
and Attorney-in-Chief

Susanne Brody
Attorney-in-Charge
White Plains

Via E-mail and ECF

August 24, 2020

The Honorable Paul E. Davison
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/20

Re:   U.S. v. Jason Brown
      20-MJ-07305

Dear Honorable Davison:

    I am writing in regard to Jason Brown and to ask that the terms of his release be modified to allow him, with prior approval from Pretrial Services, to leave his home once a week to mow the lawn around his house.[1] As background, Mr. Brown was granted a bail package by Your Honor following a contested bail hearing on July 15, 2020.  Mr. Brown has been subject to home detention since his release on July 21, 2020 and, according to Pretrial Officer Vincent Adams, Mr. Brown has complied with all of his obligations.  I have spoken to AUSA Benjamin Gianforti, and he does not object to this request.  I have spoken to Pretrial Officer Vincent Adams, and he takes no position regarding this request.

    Thank you very much for your consideration.

APPLICATION GRANTED

Paul E. Davison, U.S.M.J.
8/24/20

Respectfully,

Benjamin Gold
Assistant Federal Defender

cc:   AUSA Benjamin Gianforti
      Pretrial Officer Vincent Adams

---

[1] Mr. Brown's wife is handicapped and cannot mow the loan.  Over the past month, Mr. Brown has relied on a neighbor to mow his loan but that neighbor does not want to continue mowing the loan and, according to Mr. Brown, the city of Yonkers will fine him if he fails to keep his lawn trimmed.