# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

Via E-mail and ECF

October 6,, 2021

The Honorable Paul E. Davison
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601



Re:   U.S. v. Jason Brown
      20 mj 07305

Dear Honorable Davison:

    I am writing to ask that the terms of Mr. Brown's release be modified to allow him to attend his step-daughter's birthday party on Friday, October 8, 2021. As background, Mr. Brown is currently subjected to a curfew that requires him to be home by 8:00pm. Mr. Brown's step-daughter is turning sixteen and the family is planning a birthday celebration at a banquet hall in Yonkers on October 8, 2021 from 7pm to 11pm. If approved, Mr. Brown would like to be able to stay at the restaurant until 11pm and return to his home by 11:15pm.

    I have spoken to AUSA Benjamin Gianforti and he does not object to this request. Additionally, I have spoken to Pretrial Officer Vincent Adams and he does not object.

Respectfully,

Benjamin Gold
Assistant Federal Defender

cc:   AUSA Benjamin Gianforti
      Pretrial Officer Vincent Adams

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.

10-6-21