# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

Via E-mail and ECF

October 19, 2021

The Honorable Judith McCarthy
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    U.S. v. Jason Brown
            20 mj 07305

Dear Honorable McCarthy:

    I am writing to ask that the terms of Mr. Brown's release be temporarily modified to allow him to travel to Boston for a family vacation. If approved, Mr. Brown would travel to Boston on Thursday, October 20, 2021 and he would return to his home in New York on Sunday, October 24, 2021. While in Boston, Mr. Brown would stay with his wife and step-children at the Ramada by Wyndham on Morrissey Boulevard. Mr. Brown is currently subjected to an 8:00pm curfew, although I ask that during this trip he be permitted to stay out with this family until 11:00pm.

    I have spoken to AUSA Benjamin Gianforti and he does not object to this request. Pretrial Officer Vincent Adams takes no position on this request and he informed me that Mr. Brown is fully compliant with the terms of his release.

Respectfully,

Benjamin Gold
Assistant Federal Defender

cc:    AUSA Benjamin Gianforti
       Pretrial Officer Vincent Adams

**APPLICATION GRANTED**

Hon. Judith C. McCarthy
10-19-2021